UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert McClintock,

                Plaintiff,      Case No. 17-cv-12741

v.                              Judith E. Levy
                                  United States District Judge
Officer Furman, et al.,

                                  Mag. Judge Stephanie Dawkins
              Defendants.   Davis

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [35]

Before the Court is Magistrate Judge Davis' Report and Recommendation recommending the Court dismiss plaintiff's complaint (ECF No. 1) and deny defendants' motions to dismiss (ECF Nos. 29, 30) as moot. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 35) is ADOPTED;

Plaintiff's complaint (ECF No. 1) is DISMISSED; and,

Defendants' motions to dismiss (ECF Nos. 29, 30) are DENIED.[1]

IT IS SO ORDERED.

Dated: August 5, 2019         s/Judith E. Levy
   Ann Arbor, Michigan        JUDITH E. LEVY
                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 5, 2019.

                              s/Shawna Burns
                              SHAWNA BURNS
                              Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).